AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America

v.

LEONARD PEARSO RIDGE IV

*Defendant(s)*

)
) Case: 1:21-mj-00387
) Assigned To : Faruqui, Zia M.
) Assign. Date : 04/20/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 06, 2021__ in the county of __Washington__ in the __District of Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c) | obstructing an official proceeding |
| 18 U.S.C. §§ 1752(a)(1) and (2) | restricted building and grounds |
| 40 U.S.C. § 5104(e)(2) | disorderly conduct |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Glenn Booth, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__, this 20th day of April, 2021

City and state: __Washington, DC__           U.S. Magistrate Judge Zia M. Faruqui
*Printed name and title*