AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America

v.

LEONARD PEARSO RIDGE IV

*Defendant*

)  Case: 1:21-mj-00387
)  Assigned To : Faruqui, Zia M.
)  Assign. Date : 04/20/2021
)  Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LEONARD PEARSO RIDGE IV a/k/a Pearce Ridge

who is accused of an offense of violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c) (obstructing an official proceeding); 18 U.S.C. §§ 1752(a)(1) and (2) (restricted building and grounds; and 40 U.S.C. § 5104(e)(2) (disorderly conduct)

Date: April 20, 2021

2021.04.20
17:11:45 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 4/20/21, and the person was arrested on *(date)* 5/21/21
at *(city and state)* FEASTERVILLE TREVOSE, PA.

Date: 5/21/21

*Arresting officer's signature*

GLENN BOOTH, SPECIAL AGENT, FBI
*Printed name and title*